Keith Beauchamp (012434)
Roopali H. Desai (024295)
Marvin C. Ruth (024220)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
T:  (602) 381-5490
kbeauchamp@cblawyers.com
rdesai@cblawyers.com
mruth@cblawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cardinal Square, Inc., an Arizona non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Mina Guiahi,<br><br>　　　　　　　Defendant. | No. CV-21-00314-PHX-JAT<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Cardinal Square, Inc. in compliance with the provisions of:  *(check one)*

　　**X**　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　___　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

{00535913.1 }

1   __   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

**X**   No such corporation.

__   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____

Relationship:_____

__   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

_____

Relationship:_____

__   Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully submitted this 23rd day of February, 2021.

**COPPERSMITH BROCKELMAN PLC**

By  s/ Keith Beauchamp
Keith Beauchamp
Roopali H. Desai
Marvin C. Ruth

*Attorneys for Plaintiff*