# EXHIBIT 1

DocuSign Envelope ID: 0FBCAAAF-4575-41F0-9679-CE83739878E35

## DECLARATION OF MINA GUIAHI

I, Mina Guiahi, declare the following to be true and correct under penalty of perjury:

1.     I am over the age of 18 years and am a resident of New York.  I have personal knowledge of the matters stated in this Declaration.

2.     I have 18 years' experience in investment banking and portfolio management on Wall Street, with extensive professional experience in the cannabis industry.

3.     From 2017-2019, I was a senior investment banker in the Cannabis Group at Cowen Inc., a well-known investment bank in the cannabis sector.

4.     In March 2019, I joined The Pharm, LLC as Head of Capital Markets and M&A, and was promoted to Chief Financial Officer in September 2019.

5.     In February 2020, I became one of the two directors of Cardinal Square, Inc.

6.     The other director of Cardinal Square was Michael Wang, where during my tenure, he served in the roles of President, COO and Co-CEO at The Pharm.

7.     ADHS issued a marijuana dispensary license to Cardinal Square, but no dispensary or marijuana cultivation facility has ever been associated with Cardinal Square's license.

8.     Thus, Cardinal Square has never actively engaged in the selling of medical marijuana business in Arizona.

9.     Unlike Cardinal Square, The Pharm *was* a going concern.

10.     While I worked with Wang at The Pharm, I observed Wang exhibit a consistent willingness to violate the Controlled Substances Act and similar Arizona laws.

11.     Wang tolerated, and even encouraged, legally risky and deceitful behavior.

12.     In May 2020, Wang instructed me to pay an invoice for an interstate purchase and transport of cannabis seeds from California to Arizona, violating federal and state laws.  Attached as Exhibit 3 to the Response to Application for Temporary

Restraining Order ("TRO Response") are true and correct copies of text messages and other correspondence exchanged between Wang and me, in which Wang promoted the scheme, urged me not to use The Pharm's email system to discuss it, urged me to keep the plan secret for "legal reason" while telling me "It is best you do not know or ask" and noted the head grower who lined up the seeds for over five months did not want the CFO to be involved.

13.     I immediately rejected this payment and stated "It is not worth the risk of losing our licenses, company and personal liability."

14.     Wang also has a long history of non-compliance involving Dispensary Agency Cards, which are required under ADHS guidelines for all employees who work in a dispensary or facility.

15.     In 2019, Wang was in charge of The Pharm's  cannabis facility in which ADHS discovered that approximately 50 employees were not properly licensed.

16.     There was live video of these approximately 50 employees running out the back door after they were instructed to immediately attempt to exit during this scheduled regulatory visit.

17.     This was a severe violation of Arizona law, risked the license, and resulted in a settlement process with ADHS that lasted nearly a year.

18.     Laura Bianchi, who represented The Pharm during this process, was very vocal regarding Wang's violations. True and correct copies of text messages between Bianchi and me are attached as <u>Exhibit 4</u> to the TRO Response.  In those text messages, Bianchi says she has "emails from him (Wang) even after months and months of dealing with the AZDHS consent agreement, in which he still was letting non-DA card holders go to the facility" and describes Wang's behavior as "criminal plain and simple."

19.     I observed many such incidents while Wang and I both worked at The Pharm.

20.     I resigned as CFO of The Pharm by letter dated June 20, 2020 and addressed to "The Pharm LLC Board of Directors."  A true and correct copy of my resignation letter is attached as <u>Exhibit 5</u> to the TRO Response.

21.    I remained a director of Cardinal Square, however.  At no point did I ever resign from Cardinal Square, and my resignation letter to The Pharm had nothing to do with Cardinal Square.

22.    Wang also resigned his position at The Pharm in the summer of 2020 and remained as a director of Cardinal Square.

23.    Soon after Arizona's voters approved Proposition 207 and authorized recreational marijuana, Cardinal Square (perhaps operating at the direction of Wang alone, rather than as a Board) purportedly decided to apply for dual licensure under Arizona's medical and recreational marijuana programs.

24.    As part of this application, the Arizona Department of Health Services requires all directors and officers of Cardinal Square to sign an attestation.  This attestation would enable Cardinal Square's participation in Arizona's recreational marijuana program.

25.    As a director of Cardinal Square, I owe a fiduciary duty to that entity, which includes a duty to avoid any risk that Cardinal Square will run afoul of federal or state laws and regulations.

26.    Using my business judgment, I absolutely believe the viability of the corporation is at significant risk with Wang as a director, given the risk of criminal activity.

27.    After Cardinal Square attempted to remove me as a director without my consent, I explained to ADHS that I had resigned from The Pharm, but not Cardinal Square.

28.    I was then reinstated by ADHS as a director of Cardinal Square on August 27, 2020.  A true and correct copy of an email from ADHS is attached as Exhibit 8 to the TRO Application.

29.     During an exchange of text messages with Laura Bianchi, she acknowledged to me that she regularly prepared false board minutes and board consents for clients that did not observe corporate formality.  True and correct copies of these text messages are attached as <u>Exhibit 9</u> to the TRO Response.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of February, 2021.

DocuSigned by:

*Mina Guiahi*

9442DF4D9BB94FE...

Mina Guiahi

# EXHIBIT 2

THIRD AMENDED AND RESTATED BYLAWS
OF
CARDINAL SQUARE, INC.
an Arizona nonprofit corporation

These Third Amended and Restated Bylaws (the "Bylaws") of Cardinal Square, Inc., an Arizona nonprofit corporation (the "Corporation") dated February 21, 2020 (the "Effective Date"), shall replace in their entirety the Second Amended and Restated Bylaws of the Corporation, dated October 31, 2019 ("Amended Bylaws"), which replaced the First Amended and Restated Bylaws of the Corporation, dated August 11, 2017, which replaced the Bylaws of the Corporation, dated July 14, 2016 ("Original Bylaws"). The Board of Directors intend for these Bylaws to establish the terms, covenants, policies and procedures for the governance, management, administration and operation of the Corporation.

The Corporation shall at all times be governed, managed, administered and operated pursuant to and in compliance with the terms, provisions and obligations contained herein, as well as Title 9; Chapter 17 of the Arizona Department of Health Services Medical Marijuana Program ("MM Program") and A.R.S. § 36-2801 et seq. (the "MM Act") (the MM Program and MM Act sometimes collectively referred to herein as the "AMMA") and the Arizona Nonprofit Corporation Act, as it is amended from time to time (the "Nonprofit Act").

ARTICLE ONE
THE CORPORATION

Section 1.1    Name.  The name of the Corporation is Cardinal Square, Inc., an Arizona nonprofit corporation, as approved and incorporated, upon the submission and approval of its Articles of Incorporation, to the Arizona Corporation Commission, on July 1, 2016, and pursuant to and in compliance with the Nonprofit Act, and operates and conducts its business as a nonprofit corporation.

Section 1.2    Principal Office.  The Corporation shall maintain a principal office within the State of Arizona located at 6710 N. Scottsdale Road, Suite 210, Scottsdale, Arizona 85253.

Section 1.3    Bylaws.  These Bylaws provide the terms, covenants, obligations and structure required for the management, administration, governance and operation of the Corporation, and shall remain in effect until such time as the Bylaws are amended, revised, or repealed pursuant to ARTICLE FIFTEEN herein.

Section 1.4    Management, Control and Governance.  The Corporation shall be managed, controlled and governed by a Board of Directors (sometimes collectively referred to herein as the "Directors" and individually as a "Director") pursuant to the terms, provisions and obligations described herein these Bylaws.

Section 1.5    Management Agreements.  The Corporation retains the right, power and authority to employ or retain any employee or independent contractor for the purpose of providing management services on behalf of the Corporation and its duly authorized Dispensary and/or

cultivation facility in the State of Arizona. The Board of Directors shall approve and enter into any such management agreement with the consent and approval of the Directors then serving. The termination of any existing management agreement shall also require the consent and approval of the Board of Directors.

## ARTICLE TWO
## NONPROFIT STATUS

Section 2.1    Corporate Acts. The Board of Directors shall conduct all corporate acts on a not-for-profit basis, in accordance with the Nonprofit Act, in accordance with Section R9-17-304(C)(8) of the MM Program, and in accordance with all applicable state and local rules and regulations. The Bylaws shall be maintained at the Corporation's principal office.

Section 2.2    Disposition of Revenues and Receipts. The Corporation shall be operated on a not-for-profit basis as required by AMMA. The Board of Directors shall meet as necessary to review the Corporation's income and expenses and expenditure funds to fulfill its nonprofit purpose and to take any action needed to maintain its nonprofit character. In no event shall profits be directly distributed to, or inure to the benefit of, any individual or entity. Any receipts or profits above and beyond operating expenses and applicable costs shall be reinvested back into the Corporation or donated to other charitable causes pursuant to the rules and requirements of the AMMA.

Section 2.3    Donations. The Corporation may seek donors, who are willing to lawfully donate funds, property or other assets to the Corporation, for the purpose of providing financial assistance to the Corporation for the establishment and development of programming designed to promote, educate and inform Directors, Principal Officers, employees and volunteers of the Corporation, qualifying patients, designated caregivers, dispensary agents and the community regarding the purpose of the AMMA, medicinal benefits of cannabis, risks associated with the use and consumption of medicinal cannabis, various modes of consumption of medicinal cannabis and other related educational and informative topics.

Section 2.4    Anti-Discrimination.    The Corporation shall fully comply with all applicable anti-discrimination laws, rules, and regulations. In particular, it shall not discriminate on the basis of race, color, sex, national or ethnic origin, or age in any of its business operations.

Section 2.5    Dissolution. The Corporation may be dissolved, pursuant to the unanimous consent and approval of the Board of Directors. In the event of the dissolution of the Corporation, distribution of assets shall be made in accordance with the Nonprofit Act and the AMMA. In no event shall assets be directly distributed to, or inure to the benefit of any Director, former Director, Principal Officer, or former Principal Officer of the Corporation.

ARTICLE THREE
ARIZONA DEPARTMENT OF HEALTH SERVICES AND
ARIZONA MEDICAL MARIJUANA LAW

Section 3.1     Medical Marijuana Dispensary Registration Certificate.    The Arizona
Department of Health Services ("AZDHS") awarded the Corporation Medical Marijuana
Dispensary Registration Certificate No: 00000114DCPD00232092 ("Dispensary License").

Section 3.2     Corporate Compliance.  The Board of Directors shall conduct all corporate
acts in accordance with the AMMA.  The Policies and Procedures and all documentation and
information required by the AMMA shall be maintained at the Corporation's principal office in
the State of Arizona. The Board of Directors shall take whatever actions are necessary to ensure
the Corporation remains in full and complete compliance with the AMMA, including any
amendments or revisions made now and in the future.

Section 3.3     Dispensary Agent Registration Card.  The Board of Directors shall ensure
that all employees, independent contractors and volunteers of the Corporation acquire and maintain
in good standing, a Dispensary Agent Registration Card ("Agent Card") with AZDHS.

Section 3.4     Policies and Procedures.  The Board of Directors have developed, approved
and implemented policies and procedures in compliance with the requirements of the AMMA,
which shall include, but may not be limited to policies and procedures for: (a) Inventory Control;
(b) Qualifying Patient Education and Support; (c) Qualifying Patient Recordkeeping, and; (d)
Security ((a) through (d) collectively referred to herein as the "Policies and Procedures").  The
Board of Directors shall implement, review and update its Policies and Procedures as necessary,
on an annual basis or, as the Directors deem necessary to ensure the ongoing needs of the
Corporation are met and that it remains in compliance with the AMMA.

Section 3.5     Dispensary.  Pursuant to its Dispensary License, the Corporation shall
operate its medical marijuana dispensary ("Dispensary"), pursuant to and in compliance with the
AMMA and all applicable rules, requirements and restrictions.

Section 3.6     Cultivation Facility.  Pursuant to its Dispensary License, the Corporation is
authorized to operate one (1) cultivation facility at its Dispensary, as well as one (1) additional
cultivation facility at a location other than its Dispensary (collectively its "Cultivation Facility").
The Corporation shall operate its Cultivation Facility at all times in compliance with the AMMA
and all other rules, requirements and regulations.

Section 3.7     Corporation's Business.  The Corporation on behalf of and through its
Dispensary, conducts and engages in the following business activities in compliance with the
AMMA and all local and state rules, regulations and requirements: (a) cultivate, harvest, prepare
and store marijuana ("Marijuana") as well as produce, infuse, dispense and store manufactured
and derivative edible and nonedible products that contain Marijuana (collectively referred to herein
as "Marijuana Products"); (b) sell, dispense and provide Marijuana and Marijuana Products to
qualifying patients, designated caregivers and other duly licensed dispensaries within the State of
Arizona; (c) acquire Marijuana and Marijuana products from qualifying patients, designated

caregivers and duly licensed dispensaries within the State of Arizona; (d) maintain, provide and sell paraphernalia or other supplies related to the administration and consumption of Marijuana and Marijuana Products to qualifying patients and designated caregivers; (e) as allowed by the applicable zoning rules and regulations, transport and deliver Marijuana and Marijuana Products to qualifying patients; (f) transport and deliver Marijuana and Marijuana Products to duly licensed dispensaries within the State of Arizona; (g) develop and provide qualifying patient support, as well as other related services to qualifying patients and designated caregivers; (h) develop, prepare and distribute educational and informative literature concerning the use, administration and consumption of Marijuana and Marijuana Products, as well as education and information related to ancillary subjects such as nutrition, treatment, dosing, preventative healthcare, risks and benefits, various diseases and health conditions for the benefit of the Dispensary's dispensary agents, qualifying patients and designated caregivers, and; (i) donate funds to approved nonprofit and charitable organizations (collectively referred to herein as the Corporation's "Business").

## ARTICLE FOUR
## PURPOSE

Section 4.1    Purpose.  The Corporation on behalf of and through its Dispensary License, conducts and engages in the following business activities in compliance with the AMMA and all local and state rules, regulations and requirements: (a) cultivation, harvest, preparation and storage marijuana ("Marijuana") as well as production, infusion, dispensing and storage of manufactured and derivative edible and nonedible products that contain Marijuana (collectively referred to herein as "Marijuana Products"); (b) sell, dispense and provide Marijuana and Marijuana Products to qualifying patients, designated caregivers and other duly licensed dispensaries within the State of Arizona; (c) acquire Marijuana and Marijuana Products from qualifying patients, designated caregivers and duly licensed dispensaries within the State of Arizona; (d) maintain, provide and sell paraphernalia or other supplies related to the administration and consumption of Marijuana and Marijuana Products to qualifying patients and designated caregivers; (e) as allowed by the applicable zoning rules and regulations, transport and deliver Marijuana and Marijuana Products to qualifying patients; (f) transport and deliver Marijuana and Marijuana Products to duly licensed dispensaries within the State of Arizona; (g) develop and provide qualifying patient support, as well as other related services to qualifying patients and designated caregivers; (h) develop, prepare and distribute educational and informative literature concerning the use, administration and consumption of Marijuana and Marijuana Products, as well as education and information related to ancillary subjects such as nutrition, treatment, dosing, preventative healthcare, risks and benefits, various diseases and health conditions for the benefit of the Dispensary's employees, independent contractors, volunteers, Qualifying Patients, Designated Caregivers, and; (i) donate funds to approved nonprofit and charitable organizations (collectively referred to herein as the Corporation's "Business").

## ARTICLE FIVE
## MEMBERS

Section 5.1    Members.  The Corporation shall have no Members.

ARTICLE SIX
BOARD OF DIRECTORS

Section 6.1    Board of Directors.  The Corporation shall be managed, governed, operated and controlled by the Board of Directors.  Each Director shall hold office until he or she resigns or is removed from office pursuant to the provisions herein.  The names and addresses of the individuals named and appointed to serve as Directors on the Corporation's Board of Directors are set forth in Exhibit A, attached and incorporated herein by reference.

Section 6.2    Mutual Cooperation.  The Board of Directors agree that each Director shall bear a mutual and shared responsibility to perform whatever tasks and actions are necessary to ensure the Corporation's success and positive impact on the community, now and in the future.

Section 6.3    Terms and Vacancies.  Each Director shall serve until such time as the Director resigns or is removed pursuant to these Bylaws.  There shall be no maximum on how long a Director may serve.  Subject to Section 6.4, if a vacancy occurs on the Board of Directors for any reason, including a vacancy resulting from an increase in the number of Directors, pursuant to Director Approval, the vacancy may be filled.

Section 6.4    Qualifications and Number.  A Director must be at least twenty-one (21) years of age and comply with the requirements outlined in the AMMA, but need not be a resident of the State of Arizona.  Unless modified by the Board of Directors, pursuant to these Bylaws, the Board of Directors shall consist of not less than two (2) Directors and not more than nine (9) Directors.

Section 6.5    Director Consent.  The Board of Directors shall have the authority to act on behalf of the Corporation, take any actions necessary, and/or execute any document, contract or agreement, as deemed necessary, pursuant to the terms, covenants and requirements of these Bylaws. Unless otherwise excepted herein, if the Corporation has greater than two (2) Directors, all such actions shall require the consent and approval of a majority of the Directors then serving.

Section 6.6    Unanimous Consent Required.  The Board of Directors shall have the authority to act on behalf of the Corporation, take any actions necessary, and/or execute any document, contract or agreement, as deemed necessary, pursuant to the terms, covenants and requirements of these Bylaws, however, the following actions shall require the unanimous consent of the Board of Directors:

        (a)    dissolve, liquidate or wind up the Corporation pursuant to the Act;

        (b)    sell or transfer substantially all of the Corporation's assets pursuant to the Act; and

        (c)    take any action which may in any way cause the Corporation to fail to be in compliance with the AMMA or any other rule, regulation or requirement.

Section 6.7    Election of Directors. The Board of Directors shall have the right to name and elect additional individuals to serve on the Board of Directors, pursuant to the approval and consent of a majority of the Directors.

Section 6.8    Meetings.

(a)    Time. Meetings shall be held at such time as the Board of Directors shall affix, except that the first meeting of a newly elected Board shall be held as soon after its election as the Directors may conveniently assemble.

(b)    Place. The Board of Directors shall hold regular or special meetings in the State of Arizona at such place as shall be affixed by the Board of Directors.

(c)    Attendance. The Board of Directors may permit any or all Directors to participate in a regular or special meeting by, or conduct the meeting via telephone, Skype, or through the use of any means of communication by which all Directors participating may simultaneously hear each other during the meeting. A Director participating in a meeting by this means is deemed to be present in person at the meeting.

(d)    Notice of Actual or Constructive Waiver. Notice to any Director of a regular or special meeting shall be deemed sufficient if received at least two (2) days prior to the regular or special meeting by U.S. Postal Service, First Class or Airmail Postage Prepaid and at least twenty-four (24) hours prior if received via facsimile transmission or electronic mail. The notice of any regular or special meeting need not describe the purpose of the meeting. Special meetings may be called by or at the direction of the President, or any one (1) Director. A Director may waive any notice required by these Bylaws before or after the date and time stated in the notice. A Director's attendance at or participation in a meeting waives any required notice to the Director of the meeting unless the Director at the beginning of the meeting, or promptly upon his arrival, objects to holding the meeting or transacting business at the meeting and does not thereafter vote for or assent to action taken at the meeting. Except as hereinbefore provided, a waiver shall be in writing, signed by the Director entitled to the notice, and filed with the minutes or corporate records.

(e)    Quorum and Action. A quorum of the Board of Directors shall consist of the number of Directors required pursuant to Section 6.5, unless otherwise provided by these Bylaws.

Section 6.9    Removal of a Director. The Board of Directors shall have the authority to remove a Director *for cause* or without cause, pursuant to the consent and approval of the Directors then serving. Upon the Board of Director's determination that a Director be removed, such removal shall be effective immediately, unless otherwise stipulated. Within three (3) days following the Board of Director's decision to remove a Director, the President or other designated Principal Officer shall prepare and submit written notice of the Director's removal to remove the Director, which shall include a description of the Board of Directors' reason(s) for such removal. For purposes of this Section 6.9, if a Director is removed *for cause* it shall include the following:

      (a)     any material act of self-dealing by a Director; or

      (b)     any material act constituting gross negligence, willful misconduct, or fraud.

The term *material* means a significant monetary damage to the Corporation as the result of the act, omission, or forbearance by a Director constituting self-dealing, gross negligence, or fraud. The term material does not include:

      (a)     incidental or insignificant monetary damage to the Corporation; nor

      (b)     monetary damage incurred by someone who is not a Director and for which the Corporation is not liable.

Section 6.10   Resignation.  Any Director may resign from his or her office, at any time by delivering written notice of his or her resignation, to the Corporation at its known principal place of business, providing the date such Director intends for his or her resignation to be effective, or as mutually agreed upon by the Directors and the resigning Director.

Section 6.11   Director Action by Written Resolution.  Notwithstanding anything contained herein to the contrary, the Board of Directors may authorize, agree and take any action (collectively referred to herein as a "Board Action") by written resolution executed by the Directors required for Director Approval, without calling and conducting a meeting of the Board of Directors (a "Resolution").

Section 6.12   Committees.  The Board of Directors may, within its sole and absolute discretion, create one or more committees and appoint Directors to serve on them. Each committee shall have one or more members, and each member of a committee shall serve at the pleasure of the Board of Directors. Each committee may exercise the authority specified by the Board of Directors, or these Bylaws. The Directors may remove a committee member at any time, for cause or without cause.

## ARTICLE SEVEN
## PRINCIPAL OFFICERS

Section 7.1   Principal Officers.  The Board of Directors may appoint a President, Vice President, Secretary, Treasurer, and any other principal officer position the Board determines necessary to manage, administer and govern the Corporation, to serve as Principal Officers of the Corporation (collectively referred to herein as the "Principal Officers" or individually as a "Principal Officer"). A Principal Officer shall serve until such time as he or she resigns, is removed or replaced by the Board of Directors. The same individual may simultaneously hold more than one office in the Corporation, with the exception that the same individual may not simultaneously serve as President and Secretary. The names and addresses of the individuals named and appointed to serve as Principal Officers of the Corporation are set forth in Exhibit B, attached and incorporated herein by reference.

Section 7.2   <u>Removal of Principal Officer</u>.  Except as otherwise provided herein, the Board of Directors may remove any Principal Officer, pursuant to the consent and approval of the Board of Directors.  The removal of any Principal Officer shall be effective immediately, unless otherwise prescribed by the Directors.

Section 7.3   <u>Duties</u>.  Each Principal Officer of the Corporation has the authority and shall perform the duties prescribed by the Board of Directors or by the direction of a Principal Officer authorized by the Board of Directors to prescribe the duties of other Principal Officers; provided, that the Secretary or any one or more other Principal Officers designated by the Board of Directors shall have the responsibility for custody of the minutes of the Board of Directors meetings and for authenticating records of the Corporation.

Section 7.4   <u>Principal Officer Descriptions</u>.

(a)   <u>President</u>.  The President shall be subject to the direction and under the supervision of the Board of Directors and shall have general charge of the business affairs and property of the Corporation. The President shall preside at all meetings of the Board of Directors. The President shall have such other duties and responsibilities and may exercise such other powers as are usually incident to the office or as from time to time may be assigned by these Bylaws or the Board of Directors.

(b)   <u>Vice President</u>.  At the request and authorization of the President, or at the request of the Board of Directors in the President's absence, death or incapacitation, the Vice President shall perform all the duties of the President. When so acting, the Vice President shall have all of the powers of, and be subject to all the restrictions upon the President. The Vice President is also authorized to execute checks or drafts on behalf of the Corporation. The Vice President shall have such other duties and responsibilities and may exercise such other powers as from time to time may be assigned by the President or the Board of Directors or as may be provided in these Bylaws.

(c)   <u>Secretary</u>.  The Secretary shall cause to be kept at the principal office of the Corporation, the Secretary's principal place of business, or such other place as the Board of Directors may order, a book of minutes of all meetings of Directors. The Secretary may be authorized by the President, to execute checks or drafts on behalf of the Corporation. The Secretary shall also maintain and protect a file of all official and legal documents of the Corporation. The Secretary shall perform such other and further duties as may be required by law or as may be prescribed or required from time to time by the Board of Directors or these Bylaws.

(d)   <u>Treasurer</u>.  The Treasurer shall have custody of all Corporation funds; keep full and accurate accounts of all receipts and disbursements of the Corporation, an inventory of assets, and a record of the liabilities of the Corporation; deposit all money in such depositories as may be designated by the Board of Directors; disburse funds of the Corporation as ordered by the President or the Board of Directors taking proper vouchers for disbursements; and prepare all statements and reports required by law, by the President, or by the Board of Directors. The Treasurer shall be responsible for the submission of all

requisite state and federal tax filings, monthly accounting reports and all similar requirements, in accordance with generally accepted accounting principles ("GAAP"). The Treasurer shall have such other duties and responsibilities and may exercise such powers as are usually incident to the office or as from time to time may be assigned by these Bylaws, the Board of Directors, or the President.

## ARTICLE EIGHT
## DIRECTOR AND PRINCIPAL OFFICER COMPENSATION

Section 8.1     Director and Principal Officer Compensation in General.    Directors and Principal Officers of the Corporation may be entitled to receive reasonable compensation from the Corporation, as good and valuable consideration by reason of serving on the Board of Directors, or as a Principal Officer, and for the services which the Directors and Principal Officers perform on behalf of the Corporation.  The compensation of any Director and/or Principal Officer of the Corporation shall be determined by the necessary Director Approval, including the time, place and manner in which such compensation will be paid to any Director and/or Principal Officer.  The Board of Directors further retain the right to review any Director and/or Principal Officer's compensation on an annual basis to confirm the compensation is reasonable and acceptable or to revise such compensation if it is determined to be in the best interest of the Corporation.

Section 8.2     Expenses and Costs.    Directors and Principal Officers of the Corporation are entitled to reimbursement for any reasonable costs and expenses, incurred on behalf of the Corporation. A Director and/or Principal Officer shall submit, via electronic email, for review and Director Approval, an accurate accounting of all expenses and costs incurred on behalf of the Corporation.  If approved by the necessary Director Approval, reimbursement for such expenses and costs shall be made, no later than fifteen (15) calendar days following receipt of the accurate accounting of all expenses and costs incurred on behalf of the Corporation. The Board of Directors may amend the provisions of this Section 8.2, as required from time to time as necessary.

Section 8.3     Additional Policies.    The Board of Directors may, as required from time to time, enact, modify, alter or in any way change the policies and procedures of the Corporation, in compliance with the AMMA and all rules, regulations and requirements.

## ARTICLE NINE
## EMPLOYEES, INDEPENDENT CONTRACTORS AND VOLUNTEERS

Section 9.1     Employees, Independent Contractors and Volunteers.    The Board of Directors shall have the authority to employ, retain or enter into a contract with any individual or entity as it deems necessary for the ongoing operations of the Corporation. The Board of Directors shall be responsible for determining the salary, compensation, consideration, benefits or contract value of any such employee, independent contractor or volunteer.  Such decisions described herein shall be made pursuant to the necessary Director Approval. Any individual which the Corporation hires as an employee shall be deemed an at-will employee, unless otherwise stipulated in writing, mutually executed by the Corporation and employee. Upon the acquisition of Director Approval, any Director or Principal Officer may also serve as an employee, independent contractor or volunteer of the Corporation.

Section 9.2     Employee Policies.  The Board of Directors, may from time to time enact policies and procedures regarding employment, employee conduct, requirements and standards. Any such policies and procedures shall be communicated to the employees of the Corporation within ten (10) business days following enactment and acceptance by the Board of Directors.

## ARTICLE TEN
## INDEMNIFICATION; NO PARTNERSHIP

Section 10.1    Indemnification.  The right of indemnification shall not be exclusive of other rights to which any Director or Principal Officer may be entitled as a matter of law.  The Corporation shall indemnify any Director, former Director, Principal Officer, or former Principal Officer against all expenses actually and reasonably incurred by him or her in connection with the settlement or defense of any action, suit or proceeding, civil or criminal, in which he or she is involved or made a party by reason of being or having been such Director or Principal Officer, to the fullest extent permissible under the provisions of Arizona Revised Statutes Sections 10-3850 through 10-3858, as same may be amended or modified from time to time, and any successor statutes thereto.  This indemnity, however, shall not extend to matters as to which such person shall be adjudged in such action, suit or proceeding, civil or criminal, to be liable for negligence, misconduct or bad faith in the performance of any duty to the Corporation.

Section 10.2    No Partnership.  No Director, Principal Officer, employee, independent contractor or volunteer of this Corporation shall be considered a partner for any purpose.

## ARTICLE ELEVEN
## FISCAL YEAR AND BOND

Section 11.1    Fiscal Year.  The fiscal year of the Corporation shall be fixed at the calendar year, ending on December 31, and shall be subject to change by the Board of Directors.

Section 11.2    Bond.  Persons who are entrusted with the handling of the Corporation's funds may be required, at the sole and absolute discretion of the Board of Directors, to furnish an appropriate and adequate fidelity bond, the cost of which shall be born solely by the Corporation.

## ARTICLE TWELVE
## CONFIDENTIALITY; OWNERSHIP OF RECORDS; TRADE SECRETS

Section 12.1    Confidentiality.  The Directors and Principal Officers of the Corporation acknowledge that, the Directors and Principal Officers of the Corporation shall produce, develop, implement and have access to material, records, data and information not generally available to the public ("Confidential Information").  Accordingly, the Directors and Principal Officers shall hold in confidence and shall not directly or indirectly disclose any such Confidential Information except to the extent authorized in writing by the Corporation, or as required by law or any competent administrative agency, or as otherwise is reasonably necessary or appropriate in connection with the performance pursuant to this Agreement.  For purposes of these Bylaws, Confidential Information shall include, but is not limited to, employee programs, educational and

training materials, vendor relationships, information developed by the Corporation regarding its cultivation, designs, strategies, procedures, market data, know-how, compilations of technical and non-technical data, policies and procedures, specifications, calculations, data, notes and memoranda, code books, methods of operation, strategies and plans, contracts, financial information, professional fee information, salary and compensation information, cost and profit information, record keeping practices, software, administrative and operational matters and practices, business plans and strategies, business operations and systems, medical marijuana strains, development of strains and other modes of treatment, pricing policies, development and research work, information regarding existing patient and caregiver preferences and needs, information about internal systems, processes, concepts, practices, and procedures or other such confidential information.

Section 12.2    Ownership of Records.  All records, reports, notes, compilations or other recorded matter, and copies or reproductions thereof, in whatever media or form, relating to the Corporation's Confidential Information, operations, activities or business, made or received by any Director or Principal Officer during any period of service to the Corporation are and shall be the exclusive property of the Corporation.  Directors and Principal Officers must keep the same at all times in his or her custody, subject to the Corporation's control, and must take all reasonable steps to maintain its confidentiality.  All Directors and Principal Officers will return all of the Corporation's property containing Confidential Information upon his or her resignation or removal as a Director or Principal Officer of the Corporation.

Section 12.3    Trade Secrets.  No Director or Principal Officer shall, at any time, disclose any Confidential Information that meets the definition of a trade secret contained in the Arizona Uniform Trade Secret Act, A.R.S. §44-401, as amended ("Trade Secrets") to anyone, except on a need-to-know basis in connection with a Director or Principal Officer's duties in carrying out the Corporation's purpose and business.  The covenants and obligations established in this Section 12.3 shall continue to be in effect so long as the information remains a Trade Secret under Arizona law.

Section 12.4    Exceptions.  A Director or Principal Officer shall have no obligation under these Bylaws to maintain in confidence any information which the Director or Principal Officer can demonstrate: (i) was in the public domain at the time of disclosure; (ii) is in the possession of the Director or Principal Officer free of any obligation of confidence prior to the time of disclosure; (iii) other than as a result of a disclosure by the Director or Principal Officer in contravention of these Bylaws, though originally Confidential Information, subsequently becomes part of the public knowledge; (iv) though originally Confidential Information, subsequently is rightfully received by the Director or Principal Officer without obligations of confidence from a third party who is free to disclose the information, as of the date of such third-party disclosure; (v) is independently developed by the Director or Principal Officer without the use of any Confidential Information, as of the date of such independent development; or (vi) was known to the Director or Principal Officer prior to the adoption and execution of these Bylaws.  The Director or Principal Officer shall be entitled to disclose Confidential Information in response to a court order or as otherwise required by law; *provided, however*, that the Director or Principal Officer notifies the Corporation prior to such disclosure, and in no case more than seven (7) calendar days after receiving such order to give the Corporation time to contest such order.

## ARTICLE THIRTEEN
## CONFLICT OF INTEREST POLICY

Section 13.1  Affiliated Transactions.  No contract or other transaction between the Corporation and Interested Persons (as defined below), including the sale, lease, exchange of property to or from such Interested Persons, the borrowing of money from such Interested Persons by the Corporation or the payment of compensation by the Corporation for services provided by Interested Persons, is void or voidable merely because of the relationship or interest between the Corporation and such Interested Persons or because any Interested Persons are present at the meeting of the Board of Directors or a committee thereof which authorizes, approves or ratifies the transaction or because his, her or their votes are counted for that purpose, if:

(a)  The fact of the relationship or interest is disclosed or known to the Board of Directors or committee which authorizes, approves or ratifies the contract or transaction by a vote or Resolution; and

(b)  The contract or transaction is fair and reasonable to the Corporation at the time the contract or transaction is authorized, approved or ratified in the light of circumstances known to those entitled to vote thereon at the time.

As used in this Section 13.1, the term "Interested Persons" shall mean any Director or Principal Officer of the Corporation, or any corporation, firm, association or other entity in which one or more of the Corporation's Directors or Principal Officers are directors, officers or members or are financially interested. Any person seeking to establish that a contract or transaction is void or voidable shall bear the burden of proving that the provisions set forth above have not been satisfied.

## ARTICLE FOURTEEN
## CORPORATE SEAL

Section 14.1  Corporate Seal.  The Board of Directors may select a corporate seal containing the name of the Corporation, which seal shall be in charge of the Secretary. If so directed by the Board of Directors, a duplicate of the corporate seal may be kept and used by the Treasurer or Secretary. The corporate seal shall not be required for any purpose in connection with the corporate documents or acts, unless required by law.

## ARTICLE FIFTEEN
## AMENDMENT, REVISIONS OR REPEAL OF BYLAWS

Section 15.1  Amendment. Revision or Repeal of the Bylaws.  These Bylaws of the Corporation may be altered, amended, modified, supplemented or repealed and replaced, pursuant to the consent and approval of a majority of the Directors.

## BOARD OF DIRECTORS ACKNOWLEDGMENT

The undersigned being the Board of Directors of Cardinal Square, Inc., an Arizona nonprofit corporation, have duly adopted the foregoing as the Bylaws of said Corporation.

The undersigned acknowledge receipt of a copy of the Corporation's Bylaws, the Articles of Incorporation, and any subsequent amendments, as maintained by the Corporation, and as applicable, on file with the Arizona Corporation Commission.  This Acknowledgment may be signed in counterparts, and all so executed, when taken together, shall constitute one and the same instrument.

Michael Wang,
an individual

By: Michael Wang (Feb 21, 2020)

Its: Director

Mina Guiahi,
an individual

By: Mina Guiahi (Feb 22, 2020)

Its: Director

## PRINCIPAL OFFICER ACKNOWLEDGMENT

The undersigned being the Principal Officers of Cardinal Square, Inc., an Arizona nonprofit corporation, have duly adopted the foregoing Bylaws as the Bylaws of said Corporation.

The undersigned acknowledge receipt of a copy of the Corporation's Bylaws, the Articles of Incorporation, and any subsequent amendments, as maintained by the Corporation, and as applicable, on file with the Arizona Corporation Commission. This Acknowledgment may be signed in counterparts, and all so executed, when taken together, shall constitute one and the same instrument.

Michael Wang,
an individual

By: Michael Wang (Feb 21, 2020)
Its: Principal Officer


Mina Guiahi,
an individual

By: Mina Guiahi (Feb 22, 2020)
Its: Principal Officer

EXHIBIT A
DIRECTOR NAMES AND ADDRESSES

| No. | DIRECTOR NAME | DIRECTOR ADDRESS |
|-----|---------------|------------------|
| 1.  | Michael Wang  | 6710 N. Scottsdale Rd., Suite 210 Scottsdale, Arizona 85253 |
| 2.  | Mina Guiahi   | 6710 N. Scottsdale Rd., Suite 210 Scottsdale, Arizona 85253 |

## EXHIBIT B
## PRINCIPAL OFFICER NAMES AND TITLES

| No. | PRINCIPAL OFFICER NAME | PRINCIPAL OFFICER TITLE |
|-----|------------------------|-------------------------|
| 1.  | Michael Wang           | President               |
| 2.  | Mina Guiahi            | Vice President          |

.

# EXHIBIT 3

**From:** Joshua Hind <jhind@thepharmaz.com>
**Sent:** Tuesday, May 5, 2020 1:38 PM
**To:** Mina Guiahi - SG
**Subject:** FW: Genetics Consulting Contractor Invoice
**Attachments:** Eric Tran W-9_.pdf; 2020-4-23 Tran Millennium Consulting Invoice.pdf

Hi Mina,

Here is another one that Craig is requesting but for next week. I didn't see this on Craig's Capex list and this is a new vendor we never used before.

Let me know,

Joshua Hind
Assistant Controller
C. 619.548.6404
jhind@thepharmaz.com



7201 E. Camelback Road, Suite 350, Scottsdale, AZ 85251

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. The Pharm, LLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

---

**From:** Craig Boudle <craig@thepharmaz.com>
**Sent:** Tuesday, May 5, 2020 1:01 PM
**To:** Aaron Porter <aporter@thepharmaz.com>; Joshua Hind <jhind@thepharmaz.com>
**Cc:** accountspayable <accountspayable@thepharmaz.com>; Michael Wang <mwang@thepharmaz.com>
**Subject:** Genetics Consulting Contractor Invoice

Aaron,

Please get a req in for this new vendor and on the list for payment next week.

Regards,

Craig

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send it to the IRS.**

| | |
|---|---|
| **1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank. | |

Eric Tran

**2** Business name/disregarded entity name, if different from above

Tran Millennium, LLC

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner.  Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

2545 Santa Clara Ave.

**6** City, state, and ZIP code

Alameda, CA 94501

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See **Specific Instructions** on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**or**

**Employer identification number**

| 8 | 3 | – | 0 | 8 | 0 | 3 | 8 | 9 | 6 |
|---|---|---|---|---|---|---|---|---|---|

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶  *Eric Tran*    Date ▶ 4/23/2020

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code,* later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships,* earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code,* later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

    a.  **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

    b.  **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

    c.  **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

    d.  **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

    e.  **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box in line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

## Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

## Line 6

Enter your city, state, and ZIP code.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or SS-4.  Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code,* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships,* earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint.* You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

# Tran Millennium, LLC

INVOICE

Eric Tran

2545 Santa Clara Ave

Alameda, CA 94501

(510) 602-0080

Ownyourlife4208888@gmail.com

**4/23/2020**

**BILL TO**

ATTN: Craig Boudle

RE: The Pharm

5900 W Greenhouse Rd.

Wilcox, CA 85643

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Genetics Consulting | 1 | $25,000.00 | $25,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | TOTAL | **$25,000.00** |
|---|---|---|

Please remit payment in the form of Cash ot Check made out to "EMC MANAGEMENT GROUP, INC."

**Nina Camou**

**From:** Mina Guiahi <mina@sundaygoods.com>
**Sent:** Tuesday, May 5, 2020 7:06 PM
**To:** Joshua Hind
**Subject:** Re: FW: Genetics Consulting Contractor Invoice

Thanks Josh for flagging.

This is absolutely NOT approved. I will speak directly to Michael who gave me the download here.

On Tue, May 5, 2020 at 4:38 PM Joshua Hind <jhind@thepharmaz.com> wrote:

Hi Mina,

Here is another one that Craig is requesting but for next week. I didn't see this on Craig's Capex list and this is a new vendor we never used before.

Let me know,

Joshua Hind

Assistant Controller

C. 619.548.6404

jhind@thepharmaz.com



7201 E. Camelback Road, Suite 350, Scottsdale, AZ  85251

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. The Pharm, LLC is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

**From:** Craig Boudle <craig@thepharmaz.com>
**Sent:** Tuesday, May 5, 2020 1:01 PM
**To:** Aaron Porter <aporter@thepharmaz.com>; Joshua Hind <jhind@thepharmaz.com>
**Cc:** accountspayable <accountspayable@thepharmaz.com>; Michael Wang <mwang@thepharmaz.com>
**Subject:** Genetics Consulting Contractor Invoice

Aaron,

Please get a req in for this new vendor and on the list for payment next week.

Regards,

Craig

--
Best,

Mina Guiahi
Chief Financial Officer
Sunday Goods

11:50

**Michael Wang**
✓ Tap here for settings

Just a heads-up:  Craig will submit an invoice for $25k under the name of consulting.  It is actually for seeds for outdoor grow. Don't say anything to anyone.  Just approve it.
TUE 11:56 AM

jammed on a call - have him email
TUE 12:01 PM

He will send it.  Please don't use company email to ask him or anyone questions about that invoice. Just know it is for seeds.  Only you and I and Sjoerd need to know. Confidentially.

For legal reason
TUE 12:08 PM

haven't received any email from craig

also updating flash and my model

Willcox thinks 3mm april?

what u think is conservative or should I ping Craig?
TUE 3:49 PM

New Message

11:51

**Michael Wang**
✔ Tap here for settings

> numbers to support

> Regarding the seeds which is another one Craig tried to go over me on - I am absolutely NOT breaking federal laws to bring over seeds crossing state borders
>
> Please please work with Sjoerd on doing this legally. Its not worth the risk of losing our licenses, company and personal liability.
>
> TUE 10:09 PM

This is getting seeds from AZ. But we won't get it for the outdoor grow if we don't go thru this route. It is best that you don't know or ask.

All the seeds that we got for this company for the 300+ strains are obtained legally inside AZ. But there are ways to pay for them. It is for your personal protection.

TUE 11:49 PM

> chat tomorrow
>
> TUE 11:56 PM

New Message

11:52

<  **MW** **Michael Wang**
✔ Tap here for settings



---
WEDNESDAY
---

Unfortaunedly the way you presented this to me plus the invoice looking sketcky without a contract and name on check that does not match W-9 I can not approve this

I hope you can also understand I don't want to put anyone on my team at risk either as we have controls and processes in place

WED 11:53 AM 

"Eric Tran" appears in both the invoice and the W-9.  What is not matching?

WED 12:15 PM

check payable to "EMC Management"

WED 12:15 PM 

Let me check and correct.

WED 12:30 PM

you're missing the point

New Message

11:52 

 MW **Michael Wang**
✓ Tap here for settings

they way you presented this makes me uncomfortable

WED 12:31 PM 

I will connect you with Sjoerd then. You guys can find a way forward. Just make sure no one else knows about this because:

In AZ,

1). you cannot buy seeds
2). You can only donate seeds for free
3) no one will donate 80,000 seeds to no one in this world for free. People typically charge $2-3 per seed.

Extremely important that no one knows the details outside of you, me, and Sjoerd.

No official email, please. Just talk to Sjoerd by phone after I connect you. He didn't want for the CFO to be involved....

Tap for More 

WED 12:37 PM

 New Message   

**11:53**

< Back         **Message**

I will connect you with Sjoerd then. You guys can find a way forward. Just make sure no one else knows about this because:

In AZ,

1). you cannot buy seeds
2). You can only donate seeds for free
3) no one will donate 80,000 seeds to no one in this world for free. People typically charge $2-3 per seed.

Extremely important that no one knows the details outside of you, me, and Sjoerd.

No official email, please. Just talk to Sjoerd by phone after I connect you.  He didn't want for the CFO to be involved.

We need the seeds right away.




11:53

< MW **Michael Wang**
✓ Tap here for settings

WED 12:37 PM

Grows are allowed in medical market but not seeds? That makes no sense

Sjoerd didn't want CFO involved since he knows its sketchy.

I will NOT be a part of this.

Please get seeds in a legal manner
WED 12:55 PM

We follow the AZDHS requirements closely for three years. That is the only solution we found.

I guess you just don't trust Sjoerd and me. Then I will wait for you to tell me what to do.

Sjoerd worked hard for 5 months to line up the seeds. Just so you know.
WED 1:04 PM

Stop blaming this on me

Take ownership
WED 1:04 PM

+ New Message

**11:54**



**Michael Wang**
✔ Tap here for settings

only solution we found.

I guess you just don't trust Sjoerd and me.  Then I will wait for you to tell me what to do.

Sjoerd worked hard for 5 months to line up the seeds.  Just so you know.
WED 1:04 PM

Stop blaming this on me

Take ownership
WED 1:04 PM

I took ownership and came up with the solution. You didn't like it.  Then you give me a solution.
WED 1:05 PM

stop bullying me - dosen't work
WED 1:05 PM

You should know me better than that. I don't ever bully anyone.

Will try to find other solutions.  Stay tuned.
WED 4:32 PM

New Message

# EXHIBIT 4

10:19

‹ **Laura** ›

On my goodness that woman is a complete hack in a fraud! She hasn't been able to close anything in the cannabis industry, she's nuts. I will happily send attorney referrals over. In fact I can send you Jeff Matura's contact information as he and I have closed millions of dollars in transactions together. He does a great job representing his clients, he knows cannabis but he is wonderful to work with. I always have him as opposing counsel when possible.

Yeah that's what I thought and definitely not something you want to be in any way tied to you or have the company tied to. He should seriously think God for you! You continue to save them from their idiot selves. It baffles me how these people don't understand their breaking the law. Prison is still full of people convicted of marijuana related drug crimes 

iMessage

10:20

< **Laura** >

Jeff Matura   JM   >
Barrett & Matur...

Contact information for lenders ☺️

> and just absurd Michae puts in print, involves me and tries to bully me to do it when I tell him no bunch a times

> any normal company would fire him no for that?

Totally! It's really unbelievable. 1000% it's criminal plain and simple 🧏🏻‍♀️

Especially now that we have a way to legally buy and sell seats. It was a huge issue for a long time, however we literally went to court to fix the problem and now they have a legal way to acquire seeds so there is absolutely no excuse. And the way he went about it🙄

iMessage



10:21

**Laura** ›

Totally but he still knows it's illegal. It's all very insane that all this time later he still doesn't know the basics.

and then he trying to tell me its coming from AZ when the idiot sends an invoice to a cannabis guy in CA

u have paper trail that Michae fucked up DAC cards last yr right and took no effort in remedies?

Oh for sure! I got into it with him over and over again. I have emails yes. I also have emails from him, even after months and months of dealing with the AZDHS consent agreement, in which he still was letting non-DA card holders go to the facility. At some point I start to wonder is he that dumb or just uses a stupid façade as a defense to do what he wants

iMessage

12:18

‹ **Laura** ›

> I think they are trying to get them from CA and cross state

Oh lord then no you cannot do that and we call that dealing drugs 

> the way he tells me just approve as I am breaking the law
>
> no fuckin way I will approve and told him that

Your ass would be on the line as being complicit in trafficking! And the amount of money is not nominal! Dear lord no don't approve that. Oh my lord 😩👩🏻👩🏻👩🏻

> they sent me a shady consulting invoice from "Tran Millenium" in CA and saying for me to approve

Call you right after this call

iMessage

      

12:19

**Laura** ›

as being complicit in trafficking! And the amount of money is not nominal! Dear lord no don't approve that. Oh my lord 😩🤦🏻‍♀️🤦🏻‍♀️🤦🏻‍♀️

they sent me a shady consulting invoice from "Tran Millenium" in CA and saying for me to approve

Call you right after this call

I said no fuckin way

Michael won't stop

Hard NO

I already did

hard No

Tell him to go work for the narcos so there is no legal risk to you and the company

Ugh I'm sorry youre still dealing with nonsense

iMessage

12:20

< **Laura** >

Yeah that's what I thought and definitely not something you want to be in any way tied to you or have the company tied to. He should seriously think God for you! You continue to save them from their idiot selves. It baffles me how these people don't understand their breaking the law. Prison is still full of people convicted of marijuana related drug crimes 

**Jeff Matura**
Barrett & Matur...   JM   >

Contact information for lenders 

and just absurd Michae puts in print, involves me and tries to bully me to do it when I tell him no bunch a times

any normal company would fire him no for that?

iMessage

      

12:21

< **Laura** ›

print, involves me and tries to
bully me to do it when I tell him
no bunch a times

any normal company would fire
him no for that?

Totally! It's really unbelievable.
1000% it's criminal plain and
simple 🤦🏻‍♀️

Especially now that we have a
way to legally buy and sell
seats. It was a huge issue for a
long time, however we literally
went to court to fix the problem
and now they have a legal way
to acquire seeds so there is
absolutely no excuse. And the
way he went about it🙄

from his texts I think he dosen't
know the rules which is absurd

takes one call to u like I did

Totally but he still knows it's
illegal. It's all very insane that all
this time later he still doesn't
know the basics.




iMessage









# EXHIBIT 5

DocuSign Envelope ID: 5B527410-9A59-440F-8ED5-210628E4A126

The Pharm LLC Board of Directors,

In response to Tom Rini's June 8th letter to me entitled "Transition of Responsibilities" (attached), please accept this letter as my immediate resignation. As you may know, based on my May 15th letter to Lee Stein (counsel to the special committee of the Board), as Chief Financial Officer, I have significant concerns about numerous and blatant violations of state and federal law and sound corporate governance, and breaches of fiduciary duties, by certain senior executives and Board members. When I raised these concerns internally, my concerns went unheeded. Now, as can be plainly seen from the attached letter, I am being constructively discharged in retaliation for raising these legitimate concerns in good faith on behalf of the Company's shareholders, who share these same concerns and simply want basic explanations about the Company's affairs.

Tom Rini's June 8th letter shows the absolute corruption within the Board of Directors. Notably, the instruction that I "not have direct communication of any type" with shareholders and lenders demonstrates that a majority of the Board continues to engage in subversion of the Company in order to conceal facts from owners and stakeholders of The Pharm.

Shareholders should be enraged by this maneuver of the Board. This "muzzling order" is not only antithetical to transparent Board governance, but inconsistent with Section 10.1 of the Company's operating agreement, which expressly empowers shareholders to "discuss the affairs, finances, and accounts of the Company with its officers and employees," including me.

***If there is nothing to hide, then why am I being forbidden from talking to shareholders?***

It is clear that the concerns stated in my May 15th letter to special counsel have not been taken seriously by the Board. If they had been taken seriously, the senior executives named in my letter would and should have—at a minimum— been placed on paid temporary leave while my concerns were being reviewed. That's what any well-run company would have done. Not only has that not happened, but now I have been on the receiving end of retaliatory actions, culminating in this demotion stripping me of any meaningful responsibilities or role within the company, which is forcing me now to resign. The retaliatory nature of these steps is patently obvious. I have had an exemplary performance record, including restructuring the entire Company, rehabilitating its relationships with lenders, and completely turning the Company around financially.

***I hope shareholders take it upon themselves to seek the truth and effect change in the constitution of The Board of Managers.*** This is so desperately needed as the current Board never seems to think of the best interests of ***all*** shareholders.

Regretfully,

*Mina Guiahi*
9442DF4D9BB94FE...

Mina Guiahi


cc: Members of The Pharm, LLC

                                                    Sunday
                                                                       Goods

June 8, 2020

**<u>Personal & Confidential</u>**

<u>Via Email</u>

Mina Guiahi
guiahi@yahoo.com

Re:     Transition of Responsibilities

I am writing on behalf of the Board of Managers of The Pharm, LLC. to inform you that the Board this morning resolved to temporarily transition to others your primary day-to-day responsibilities with the company and its affiliates and subsidiaries.  Until further notice, your responsibilities will be limited to the following:

- Oversight, review and approval of monthly financial statements for timely submission to the Board;

- Continued involvement with Theresa Delarm and me in the company's ongoing process to engage an outside auditing firm, including the consideration of various firms and the determination of the scope of such firm's work and the range of appropriate fees;

- In conjunction with Michael Wang and Human Resources, continued involvement in the process of hiring employees to work in the company's accounting department;

- In conjunction with Michael Wang, approval and management of the budget for the company's accounting department;

- Assisting in smoothly and promptly transitioning your remaining day-to-day duties to Theresa Delarm and others Theresa designates and being available and promptly responding to questions and inquiries of Theresa, Michael Wang, and me in order to accomplish that transition.

You may not have direct communication of any type with any current or prospective non-Board-member investor or any current or prospective lender or debt provider of the company**.**  Promptly direct to me all communications you receive from any non-Board-member investor.

If you have any questions or need any clarification, please contact me directly.

Sincerely,

*/s/ Thomas C. Rini*

Thomas C. Rini
On Behalf of the Board of Managers

# EXHIBIT 6

| From: | Falls, Gregory W. <gfalls@shermanhoward.com> |
| --- | --- |
| **Sent:** | Tuesday, January 19, 2021 9:27 AM |
| **To:** | 'Laura Bianchi'; 'Justin Brandt'; 'Gabby Christie'; Lindsay C. Schube; Timothy Forsman |
| **Cc:** | Hanson, Diana |
| **Subject:** | FW: Cardinal Square, Inc. |

Laura and Lindsay:

I have received from Laura's office copies of fourth and fifth amended bylaws of Cardinal Square, Inc. (Cardinal Square") and a notice dated December 8, 2020 of removal of board member Mina Guiahi from the board of Cardinal Square. I have received from Lindsay's office copies of second amended bylaws of Cardinal Square, an officer-director change form dated February 24, 2020, an officer-director change form dated July 23, 2020, and an email message dated August 27, 2020 from former counsel for ADHS rejecting the alleged dismissal of Guiahi from the board. I have reviewed these documents and discussed with ADHS the status of its records regarding the identity of the current board members of Cardinal Square. Here is what I know:

Under Arizona law, the board of a non-profit corporation with no members is responsible for the bylaws. A.R.S. § 10-3206. It appears the second amended bylaws were adopted on January 10, 2020 by a board consisting of Michael Wang ("Wang") and Thomas Lovell Williams ("Williams"). The fifth amended bylaws recite that there was a third amendment on February 21, 2020. I have not seen those. I do not know what happened to Williams, but the February 24, 2020 change form indicates that, as of that date, the directors were Wang and Guiahi. I presume everyone agrees those were the two directors of the corporation as of that date. The fourth amended bylaws are dated July 14, 2020 and indicate the two directors are Wang and Monica Morales ("Morales"). I do not know how Morales appeared or what happened to her. The fourth amended bylaws were not signed by Guahi. The July 23, 2020 change form identifies only one director, Wang. I do not have information indicating what happened to Guiahi at that time. Then we have the notice of removal dated December 8, 2020, which states there still were two board members, Wang and Guahi, and Wang was removing Guahi. Then we have the fifth amended bylaws signed by Wang as the sole director. Something obviously does not make sense here.

If everyone agrees that, as of February 24, 2020 there were two directors, Wang and Guiahi, we can start there. As I understand Arizona law, "a director elected by the board may be removed with or without cause by the vote of two-thirds of the directors then in office or any greater number as is set forth in the articles of incorporation or bylaws." A.R.S. § 10-3808(B)(8). Again, I have not seen the third amended bylaws and do not know what they say. My review of the second amended bylaws suggests they require that any removal of a director be by unanimous vote of the directors. "The Board of Directors shall have the authority to remove a Director *for cause* or without cause, pursuant to the consent and approval of the Directors then serving." Section 6.9, Page 6 of 16 (emphasis in original). I take that to mean Wang alone cannot remove Guiahi as a director without her consent. Based on what I have received so far, that consent does not appear to have happened. The Department takes no position on whether there is cause to remove Guiahi by judicial proceeding. *See* A.R.S. § 10-3810. However, I understand that also has not happened.

According to my review above, I would conclude that Cardinal Square has two directors, Wang and Guiahi. The Department's online portal apparently does not separately distinguish between officers and directors. It shows Wang, Guiahi, Williams, and Morales as the current officers or board members of Cardinal Square. If you have something I have not reviewed that proves otherwise, please send it my way. If it is legally valid, the Department will recognize it. Statements by Wang alone, however, are not sufficient to remove the

1

other director.  If you wish to litigate the issue of control over Cardinal Square, feel free to do so.  The Department is not a necessary party in such litigation and will recognize any final judgment.  In the meantime, I suggest you reach some kind of agreement between the parties to allow Cardinal Square to apply for a marijuana establishment license before the March 9 cutoff date for such applications.

Again, if you think I missed something, feel free to point that out to me.

*Greg*

**Gregory W Falls**
201 East Washington Street, Suite 800, Phoenix, Arizona 85004
Direct: 602.240.3012  Mobile: 602.743.7809
gfalls@shermanhoward.com | www.shermanhoward.com

SHERMAN&HOWARD

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Falls, Gregory W.
**Sent:** Sunday, January 17, 2021 3:10 PM
**To:** Salow, Thomas <thomas.salow@azdhs.gov>; 'Megan Whitby' <megan.whitby@azdhs.gov>; Darryl Mccray <darryl.mccray@azdhs.gov>
**Cc:** Hanson, Diana <DHanson@shermanhoward.com>
**Subject:** Cardinal Square, Inc.

Subject to confirmation from you guys that I am correct in my facts, I intend to send the message below to counsel for Michael Wang and Mina Guiahi.  Please confirm that it works for you.

Greg.

Here is the draft message:

**Gregory W Falls**

201 East Washington Street, Suite 800, Phoenix, Arizona 85004
Direct: 602.240.3012  Mobile: 602.743.7809
gfalls@shermanhoward.com | www.shermanhoward.com

SHERMAN&HOWARD

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

# EXHIBIT 7



**ARIZONA DEPARTMENT OF HEALTH SERVICES**

LICENSING

February 11, 2021

Cardinal Square Inc.
6710 N. Scottsdale Rd., Suite 210
Scottsdale, AZ 85253

Dear Principal Officer(s) and/or Board Member(s):

Pursuant to Arizona Administrative Code (A.A.C.) R9-18-103(H)(4) and R9-18-316(A)(2), the Department has denied application ID AZFA1612399747662687, submitted on February 4, 2021 on behalf of Cardinal Square Inc. for a Marijuana Establishment License.

Pursuant to A.A.C. R9-19-303(E)(1), "[a]n entity holding a valid dispensary registration certificate issued by the Department under 9 A.A.C. 17 may apply for an initial marijuana establishment license by electronically submitting to the Department between January 19, 2021, and March 9, 2021, in a Department-provided format" several items, including: "[a]n attestation from each principal officer and each board member approving the application for a marijuana establishment license." Cardinal Square Inc.'s application did not include an attestation from each principal officer and each board member approving the application.

Accordingly, and pursuant to A.A.C. R9-18-103(F)(5), the Department sent a Request for Information (RFI) to Cardinal Square Inc. for application ID: AZFA1612399747662687 on February 5, 2021, advising that:

- The attestation submitted was not from each principal officer and board member approving the application for a marijuana establishment license. See A.A.C. R9-18-303(E)(1). The document submitted for PO/BM Mina Guiahi was not the required attestation in the Department-provided format, and the document was not signed by Mina Guiahi.

The RFI also advised that "[i]f you do not re-submit the information and/or documents within 10 working days, the Program will move to deny your application."

According to A.A.C. R9-18-103(H)(4), if "[t]he Department determines that the applicant does not comply with A.R.S. Title 36, Chapter 28.2, or [A.A.C. Title 9, Chapter 18]" or "[t]he applicant does not submit all of the information and documents listed in the [RFI] within

Douglas A. Ducey | Governor    Cara M. Christ, MD, MS | Director

150 North 18th Avenue, Suite 410, Phoenix, AZ 85007-3247    P | 602-364-2079    F | 602-364-4769    W | azhealth.gov
*Health and Wellness for all Arizonans*

Cardinal Square Inc.
February 9, 2021
Page Two

10 working days after the date of the [RFI]", the Department shall issue a denial to the applicant.  According to A.A.C. R9-18-316(A)(2), "[t]he Department shall deny an application for a marijuana establishment license" if "[t]he application or the marijuana establishment does not comply with the requirements in A.R.S. Title 36, Chapter 28.2, and [A.A.C. Title 9, Chapter 18]."

Cardinal Square Inc. submitted a letter in response to the RFI on February 8, 2021 (Letter). The Letter did not provide the information required by A.A.C. R9-18-303(E)(1) and requested in the RFI. However, the Letter requested that "…in the event the Department does not approve the Application, Cardinal Square requests that the Department quickly issue a Notice of Denial so that the company may pursue alternative remedies immediately. Cardinal Square hereby waives and foregoes the 10-working days allowed to correct and submit additional information to the Department…"

Based on the foregoing and pursuant to A.A.C. R9-18-103(H)(4) and R9-18-316(A)(2), the Department has denied Cardinal Square Inc.'s application for a Marijuana Establishment License (AZFA1612399747662687).  You are advised that you may request a hearing to appeal the Department's denial of your application. A hearing shall be held only if you submit your written request for a hearing to the Clerk of the Department, Arizona Department of Health Services, 150 N 18th Ave, Suite 200, Phoenix, AZ 85007, **within 30 calendar days** after you receive this denial.

If you request a hearing within the allotted time, you may also request that the Department hold an informal settlement conference by submitting a written request to the Department with your hearing request or no later than 20 calendar days before the hearing is scheduled in the matter. (Note: You must request a hearing to be eligible for an ISC.)  Such a request shall be sent to the Compliance Unit Manager, 150 N 18th Ave, Suite 410, Phoenix, AZ 85007, or via email at PHLENF@azdhs.gov.

Sincerely,

Megan Whitby

Megan Whitby
Bureau Chief, Special Licensing
Marijuana Program

Douglas A. Ducey  |  Governor     Cara M. Christ, MD, MS  |  Director

150 North 18th Avenue, Suite 500, Phoenix, AZ 85007-3247     P | 602-542-1025     F | 602-542-1062     W | azhealth.gov
*Health and Wellness for all Arizonans*

# EXHIBIT 8

**From:**            mina guiahi <guiahi@yahoo.com>
**Sent:**             Thursday, February 25, 2021 10:05 AM
**To:**                Chris Hering; Cameron Artigue
**Subject:**          Fw: PO/BM Discussion

----- Forwarded Message -----
**From:** Darryl Mccray <darryl.mccray@azdhs.gov>
**To:** mina guiahi <guiahi@yahoo.com>; Niema Mansouri <niema.mansouri@gmail.com>; Monica Morales <monica@thepharmaz.com>; "mwang@thepharmaz.com" <mwang@thepharmaz.com>; Megan Whitby <megan.whitby@azdhs.gov>; Nick.Bacon@azag.gov <nick.bacon@azag.gov>; Patricia.LaMagna@azag.gov <patricia.lamagna@azag.gov>
**Sent:** Thursday, August 27, 2020, 01:32:40 PM EDT
**Subject:** PO/BM Discussion

Good Morning, upon review and discussion, it was decided that Mina Guiahi will be reinstated as PO/BM today 08/27/2020. In addition, a change to Mina Guiahi's PO/BM status needs to be evidenced by signed writings from all parties, in accordance with bylaws. If you have additional questions in regard to this matter please contact our Assistant Attorney Generals listed below. Thank you.

Patricia Cracchiolo LaMagna
Assistant Attorney General
Education and Health Section
Direct Line: (602) 542-8854
Email: Patricia.Lamagna@azag.gov

Nicholas Bacon
Assistant Attorney General
Education & Health Section
Office: (602) 542-7668
Email: Nick.Bacon@azag.gov

**Darryl McCray**

Arizona Department of Health Services

Bureau of Special Licensing – Medical Marijuana Team Lead

150 North 18th Avenue, Suite 410, Phoenix, AZ 85007

Office: 602-364-0857

CONFIDENTIALITY NOTICE:  This e-mail is the property of the Arizona Department of Health Services and contains information that may be PRIVILEGED, CONFIDENTIAL, or otherwise exempt from disclosure by applicable law.  It is intended only for the person(s) to whom it is addressed.  If you have received this communication in error, please do not retain or distribute it.  Please notify the sender immediately by e-mail at the address shown above and delete the original message.  Thank you.

# EXHIBIT 9

12:32

< Laura >

> I prepped him – he will be fine
>
> Lets not do minutes until see if we actually had a mtg. sounds like we maybe did not

Whatever you would like but again from my perspective I just want to ensure from a corporate law perspective you've gone all you're supposed to so your records are complete. Doesn't have to be now, but you will want these things on file for future. All clean up stuff though and we can address anytime. You lead and let us know if you need anything. In the interim we will wait to see how next week goes

> thought same but need to see first if there was actual mtg/call. otherwise not sure we can just say Cathy etc joined the mtg

Understand and again if we have time to chat we can cover

iMessage

12:31

‹ Laura ›

good

I will after Tom seed her make sure I speak to her

lets table minutes for now - sorry I assumed we had them

Lovell saying we never had a board mtg. I will double check with Weiss

Totally agree on all counts lol so dumb!! Perfect! I'd like to have quick conversation before he speaks with her too. We can prepare anything I just don't want to waste time and fees:) Totally agree on all counts though! Let's chat late:)

Really don't even waste time it's not necessary I do this all the time for clients, we prepare board minutes and Simple resolution that will meet the legal requirements. Guarantee never use board meetings :)

iMessage