# DISTRICT JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Senior Judge:** James A. Teilborg | **Date:** March 3, 2021 |
| **Case Number:** CV-21-00314-PHX-JAT | |
| **Cardinal Square Incorporated v. Guiahi** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Keith Beauchamp | Christopher Larry Hering |
| | Marvin Christopher Ruth | |
| | Roopali H. Desai | |

**MOTION HEARING:**

3:12 p.m. This is the time set for Motion Hearing on the Motion for Temporary Restraining Order, (Doc. 2).

Oral argument heard.

**IT IS ORDERED** that the Motion for Temporary Restraining Order, (Doc. 2), is taken under advisement.

4:26 p.m. Court adjourned.


Deputy Clerk: Rebekka Walder  **1hr 14 mins**
Court Reporter: Hilda Lopez  **Start: 3:12 PM**
  **Stop:  4:26 PM**