Cameron C. Artigue #011376
Christopher L. Hering #028169
Jefferson R. Hayden #026264
**GAMMAGE & BURNHAM, P.L.C.**
ATTORNEYS AT LAW
40 NORTH CENTRAL AVENUE
20TH FLOOR
PHOENIX, AZ 85004
TELEPHONE (602) 256-0566
FAX (602) 256-4475
EMAIL: CARTIGUE@GBLAW.COM
CHERING@GBLAW.COM
JHAYDEN@GBLAW.COM

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cardinal Square, Incorporated, | No. 2:21-cv-00314-PHX-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Mina Guiahi | |
| Defendant. | |

Plaintiff Cardinal Square, Inc. and Defendant Mina Guiahi, hereby notify the Court that they have reached a settlement in this matter. As such, the parties respectfully request that all pending deadlines in this matter, including Defendant Mina Guiahi's Answer deadline, be held in abeyance while they finalize a formal settlement agreement and implement the terms of their settlement. The parties anticipate settlement will be completed in the next 30 days, at which time the parties will enter into a stipulation for dismissal with prejudice.

///

///

///

1   DATED this 10th day of March, 2021.

2                                               GAMMAGE & BURNHAM, P.L.C.

3

4                                               By s/ Christopher L. Hering
                                                    Cameron C. Artigue
5                                                   Christopher L. Hering
                                                    Jefferson R. Hayden
6                                                   40 North Central Avenue, 20th Floor
                                                    Phoenix, Arizona  85004
7                                                   Attorneys for Defendant

8

9                                               COPPERSMITH BROCKELMAN PLC

10
                                                By s/ Keith Beauchamp (w/permission)
11                                                  Keith Beauchamp
                                                    Roopali H. Desai
12                                                  Marvin C. Ruth
                                                    2800 N. Central Avenue, Suite 1900
13                                                  Phoenix, Arizona  85004
                                                    Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Keith Beauchamp
Roopali H. Desai
Marvin C. Ruth
Coppersmith Brockelman PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
rdesai@cblawyers.com
mruth@cblawyers.com
*Attorneys for Plaintiff*

s/ Nina J. Camou